# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAMON MASON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.  3:22-cv-00061-JPG |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by all counsel of record advising this Court that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

**DATED:  January 31, 2024**

MONICA A. STUMP, Clerk of Court

By:     *s/Tina Gray,*
         Deputy Clerk

**APPROVED:** *s/J. Phil Gilbert*
             J. PHIL GILBERT
             U.S. DISTRICT JUDGE